## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS was furnished via email transmission at the electronic address designated by counsel for Defendants to:

Rutherford & Christie, LLP
Attn: David S. Rutherford, Esq.
800 Third Avenue, 9th Floor,
New York, New York 10022
dsr@rutherfordchristie.com
(212) 599-5799 T
(212) 599-5162 F

on the 5th day of July, 2021.

Anthony J. Gallo, Esq.